JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO JESUS BALDERAS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL DISTRIBUTION CENTERS, LLC, et al. <br><br> Defendants. | Case No: 5:24-CV-01294-ODW (JPRx) <br><br> **ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION TO THE SUPERIOR COURT OF CALIFORNIA** |

# ORDER

For good cause shown in the Parties' Joint Stipulation to Remand Matter to the Superior Court of California, (ECF No. 14), the Court **REMANDS** this case to San Bernardino Superior Court, 247 W 3rd Street, San Bernardino, CA 92415, Case No. CIVSB2416360.

**IT IS SO ORDERED.**

Dated: August 12, 2024

                                        Honorable Otis D. Wright, II
                                        United States District Court Judge